**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

ALEX AGYEMANG,

                Petitioner,

    v.

WARDEN OF CLINTON COUNTY
CORRECTIONAL FACILITY, et al.,

                Respondents.

CIVIL ACTION NO. 3:26-CV-00688

(MEHALCHICK, J.)

**ORDER**

On March 17, 2026, Petitioner, Alex Agyemang ("Agyemang"), filed a petition for writ of habeas corpus, requesting that Respondents release him from custody at the Clinton County Correctional Facility. (Doc. 1). On April 30, 2026, the Court granted the petition for writ of habeas corpus and ordered that Agyemang be released from custody under appropriate conditions of supervisory release. (Doc. 16; Doc. 17). In ordering his release, the Court found that Agyemang established good reason to believe that there is not a significant likelihood of his removal in the reasonably foreseeable future and that there is no indication of if or when his removal to a third country will occur. (Doc. 16, at 7-9).

The same day that the Court ordered Agyemang released, Respondents filed an emergency motion to rescind the Court's no transfer and release orders, asserting that the circumstances surrounding Agyemang's removal materially changed when Respondents learned that Agyemang is scheduled to be on a flight to Sierra Leone on or about May 19, 2026. (Doc. 18; Doc. 19, at 1). According to Respondents, they first learned of the scheduled flight on April 29, 2026, the day before the Court issued its order releasing Agyemang. (Doc. 19, at 1). Respondents submit that they delayed filing their motion to rescind because they

were attempting to seek Agyemang's concurrence, but because Agyemang is detained, Respondents could not obtain a concurrence or nonconcurrence in time to file their motion to rescind. (Doc. 19, at 1). Further, Respondents provide an affidavit of Janese Mull, Acting Deputy Assistant Director of the Removal Management Division South of the Enforcement and Removal Operations of Immigration and Customs Enforcement declaring that Agyemang is scheduled to be on a flight to Sierra Leone on or about May 19, 2026. (Doc. 19-1).

Although the government's authority to detain noncitizens serves important immigration enforcement purposes, that authority "is subject to important constitutional limitations" and may not continue "once removal is no longer reasonably foreseeable." *Zadvydas*, 533 U.S. 678, 695, 699 (2001). The Court previously found that Agyemang carried his initial burden to raise "good reason to believe that there is no significant likelihood of removal in the reasonably foreseeable future" and that Respondents had not sufficiently rebutted the showing Agyemang made, given the period of confinement. *Zadvydas*, 533 U.S. at 701; (Doc. 16). However, with the scheduled flight and the affidavit, the Court is constrained to find that there is a significant likelihood of removal in the reasonably foreseeable future, namely, within the next three weeks. (Doc. 19-1, at 2). The Court is limited to determining whether Agyemang's detention is longer than the presumptively reasonable six-month period (it is), whether Agyemang provided good reason to believe that there was no significant likelihood of removal in the reasonably foreseeable future (he did), and whether the Respondents provided evidence sufficient to rebut that showing. *Zadvydas*, 533 U.S. at 701. On this last prong, Respondents had not made that showing, until after this Court ordered Agyemang released. (Doc. 18; Doc. 19, at 1). Given the change in circumstances,

however, the Court must conclude that Agyemang's removal is now likely in the reasonably foreseeable future. As such, Respondents' emergency motion to rescind the Court's no transfer and release orders (Doc. 18) is **GRANTED**. The Court hereby **STAYS** its April 2, 2026 no transfer order (Doc. 12) and its April 30, 2026 order of release. (Doc. 17). This order is without prejudice to Agyemang revisiting the issue of his detention should he not be removed within the three-week period in which Respondents assert he will be.

**BY THE COURT:**

**Dated: May 1, 2026**

/s/ Karoline Mehalchick
**KAROLINE MEHALCHICK**
**United States District Judge**